**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | July 16, 2015 |
| **TIME:** | 11:30 A.M. |
| **DOCKET NUMBER(S):** | CV-14-6091 (KAM) |
| **NAME OF CASE(S):** | ZILBERMAN V. REDBUMPER, LLC |
| **FOR PLAINTIFF(S):** | Ochoa |
| **FOR DEFENDANT(S):** | Huffman & Herring |
| **NEXT CONFERENCE(S):** | (See rulings below) |

**RULINGS FROM INITIAL CONFERENCE:**

Counsel confirm that, as indicated in plaintiff's response [DE 30] to defendant's application for a premotion conference [DE 29], the parties stipulate to transfer of the case to the Eastern District of Texas. They also agree that any motions other than for change of venue that defendants seek to bring should be brought in the Eastern District of Texas and that the scheduling of those motions should be determined by that Court. The Clerk is respectfully requested to transfer this case accordingly and to close the case once the transfer is accomplished.